Law Offices of William J. Brennan
BY: William J. Brennan, Esquire
Attorney ID 49665
1600 Locust Street
Philadelphia, PA 19103
215-568-1400
215-568-1449
brennan_law@hotmail.com

| | |
|---|---|
| United States of America | : |
| | : |
| v. | : |
| | : |
| PRICE FELKER | :     File No. 2:25-cr-00378-JMY |

## MOTION FOR CONTINUANCE

      AND NOW comes the Defendant, Price Felker, by and through undersigned counsel, who respectfully moves this Honorable Court for a continuance in the above-captioned matter, and in support thereof states as follows:

1.     This matter is currently listed for Sentencing on January 7, 2026

2.     Counsel for Defendant needs additional time to prepare a Mitigation Package and also for sentencing.

3.     Counsel has reached out to the Assistant United States Attorney, Michelle Rotella and the government has no objection to the request.

4.     A continuance of approximately forty-five (45) days is necessary to allow for proper preparation.

      WHEREFORE, Defendant respectfully requests that this Honorable Court grant a continuance of approximately forty-five (45) days in the above-captioned matter and schedule sentencing at the Court's convenience.

                                                    Respectfully submitted,
                                                    /S/ William J. Brennan
                                                    William J. Brennan, Esquire